# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AZEEM R. HOSEIN, | No. 2:19-cv-0403 KJM AC P |
| Petitioner, | |
| v. | ORDER |
| ROBERT BURTON, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a habeas corpus petition filed pursuant to 28 U.S.C. § 2254. On June 14, 2019, respondent filed a motion to dismiss the petition. ECF No. 18. The time for responding to the motion has passed and petitioner has not opposed or otherwise responded to respondent's motion. Good cause appearing, IT IS HEREBY ORDERED that, within twenty-one days after the filing date of this order, plaintiff shall file and serve an opposition or statement of non-opposition to the pending motion to dismiss. Failure to comply with this order will result in a recommendation that this action be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

DATED: July 31, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE